SAFETY ELECTRIC CONSTRUCTION COMPANY, Appellant, *v.* HENRY CREAMER, Respondent.

Reported below, 84 Hun, 570.
(Argued March 15, 1897 ; decided March 23, 1897.)

MOTION to withdraw an appeal from a judgment of the General Term of the Supreme Court in the first judicial department, entered April 17, 1895, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

*Norwood & Dilley* for motion.

*Straley, Hasbrouck & Schloeder* opposed.

Motion granted, with accrued costs, with leave to move at Special Term to offset costs.